

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2022

No. 04-21-00586-CV

Hamzah ANJUM,
Appellant

v.

Zeenat **SHAMS-UL-QAMAR**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24053
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's brief was originally due April 22, 2022. On April 21, 2022, appellant filed a motion asking for a forty-five-day extension to file the brief. After consideration, we **grant** the motion and **order** appellant to file his brief **by June 6, 2022**. Counsel is advised no further extensions of time will be granted absent a motion, filed before the brief is due, (1) demonstrating extraordinary circumstances justifying further delay, (2) advising the court of the efforts counsel has expended in preparing the brief, and (3) providing the court reasonable assurance the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court